**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ELIZABETH MARTE, )
        Petitioner, )
         ) Civil Action No. 06-140 Erie
v. )
FDC-PHILADELPHIA, )
        Respondent. )

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on June 22, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 1], filed on July 23, 2006, recommended that Petitioner's Petition [Doc. No. 1] be transferred to the Eastern District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 24th day of July, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is transferred to the Eastern District of Pennsylvania.

The Report and Recommendation [Doc. No. 2] of Magistrate Judge Baxter, filed on July 23, 2006, is adopted as the opinion of the Court.

                              s/   Sean J. McLaughlin
                                   United States District Judge

cm:   All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge